## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

**STEPHON R. SAUNDERS,**

        **Plaintiff,**

**v.**                                             **Case No.:  2:18-cv-451**
                                                   **JUDGE GEORGE C. SMITH**
                                                   **Magistrate Judge Jolson**

**COMMISSIONER OF SOCIAL SECURITY,**

        **Defendant.**

## ORDER

This case is before the Court to consider the *Report and Recommendation* issued by the

Magistrate Judge on March 1, 2019, recommending that the Court overrule Plaintiff's Statement

of Errors and Affirm the Commissioner of Social Security's decision.  (Doc. 14).  The time for

filing objections to the *Report and Recommendation* has passed, and no objections have been

filed to the *Report and Recommendation*.  Therefore, the Court **ADOPTS AND AFFIRMS** the

*Report and Recommendation*.  Plaintiff's Statement of Errors is hereby **OVERRULED** and the

decision of the Commissioner of Social Security is **AFFIRMED**.

        The Clerk shall remove Document 14 from the Court's pending motions list and enter

final judgment in this case.

        **IT IS SO ORDERED.**


                            */s/ George C. Smith*
                            **GEORGE C. SMITH, JUDGE**
                            **UNITED STATES DISTRICT COURT**